IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:20-CR-03048-07-BCW |
| | ) | |
| COLLEEN A. MAHON, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Rush (Doc. #122), to which there has been no timely objection, the plea of guilty of Defendant Colleen A. Mahon to Count One of the June 10, 2020 Indictment is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. Sentencing will be set by subsequent Order of the Court.

IT IS SO ORDERED.

Date: November 10, 2021

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT